FRED E. ALLEN v. FAYSON LAKE COMMUNITY, INC.

May 17, 1977. Petition for certification granted and judgment of the Appellate Division summarily reversed and the matter is remanded to the Appellate Division for a hearing on the merits.

STATE OF NEW JERSEY v. STANLEY WASHINGTON.

April 7, 1977. Petition for certification is dismissed as having been improvidently granted. (See 73 *N. J.* 39)

NEW JERSEY BANK v. JOSEPH P. PALLADINO.

May 3, 1977. The order of this Court dated February 15, 1977 is hereby vacated and the petition for certification in the within matter is granted. (See 73 *N. J.* 64)

LEONA BROWN v. JAYDEE REALTY COMPANY, INC.

May 17, 1977. Petition for certification is granted and the default judgment is vacated and the matter is remanded to the trial court for a plenary hearing.